

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANDICE CURD | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:09cv610-LG-RHW |
| | § | |
| WESTERN EXPRESS, INC., and | § | |
| PATRICK GUILLORY | § | DEFENDANTS |

## JUDGMENT ON A JURY VERDICT

This action was tried by a jury with Chief United States District Judge Louis Guirola, Jr., presiding, and the jury has returned a verdict.

It is ordered that the plaintiff, Candice Curd, recover from the defendants, Western Express, Inc., and Patrick Guillory the amount of $902,376.59.  Pursuant to the stipulation of the parties, each party will bear its own costs.

**SO ORDERED AND ADJUDGED** this the 5th day of April, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE